**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONWIDE INSURANCE CO.,   **:**
T/U/O AURELIANO VASQUEZ,

              **:**

   Plaintiff,

              **:**   Civil Action No. L-02-4191

  v.

              **:**

THE UNITED STATES OF AMERICA,
*et al.*              **:**

   Defendants.     **:**

**…oOo…**

   I HEREBY CERTIFY that, on March 11, 2003, a true and correct copy of Defendant United

States of America's Answer, which was filed electronically in this case on March 11, 2003, was

mailed via first class mail, postage prepaid, to: Joel L. Seledee, Esq., Marsden Botsaris and Seledee,

P.A., One North Charles Street, Suite 2300, Baltimore, Maryland 21201.

             Respectfully submitted,

             Thomas M. DiBiagio
             United States Attorney

Date: March 11, 2003      By: / s /
             Neil R. White
             Assistant United States Attorney
             Federal Bar No. 24273
             6625 United States Courthouse
             101 West Lombard Street
             Baltimore, MD 21201-2692
             (410) 209-4830 (phone)
             (410) 962-2310 (fax)