UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

March 18, 2003

MEMORANDUM TO MR. SELEDEE RE:   Nationwide Insurance Co., etc. v.
Alphonso Saunders, et al.
Civil #L-02-4191

Dear Mr. Seledee:

    The court file reflects that a summons was issued on December 30, 2002 for defendant, Alphonso Saunders, but there is no indication that the defendant has been served.  Accordingly, you are directed to advise the Court, in writing, on or before March 31, 2003, as to the date when service was effected.  If the defendant is unserved, describe your efforts, both past and present, for effecting service.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:   Court File