IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONWIDE INSURANCE CO.,
T/U/O AURELIANO VASQUEZ,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. WDQ-02-4191

...oOo...

### STIPULATION AND ORDER OF DISMISSAL AND TO AMEND CAPTION

Plaintiff, Nationwide Insurance Company, and Defendant United States of America, by their undersigned counsel, hereby stipulate and agree as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Defendant Alphonso Saunders be dismissed with prejudice;

2. That the Clerk amend the docket to reflect Mr. Saunders's dismissal and to clarify that the "United States of America" is the sole Defendant, as set forth in the above caption.

Respectfully Submitted,

_____
Joel L. Seledee, Esq.
Marsden Botsaris and Seledee, P.A.
One North Charles Street
Suite 2300
Baltimore, Maryland 21201

*Counsel for Plaintiff*

_____
Thomas M. DiBiagio
United States Attorney
Neil R. White, Fed. Bar. No. 24273
Assistant United States Attorney
101 West Lombard Street, 6th Floor
Baltimore, Maryland 21201-2692

*Counsel for Defendant
United States of America*

SO ORDERED,
this ___ day of _____, 2003:

_____
U.S. District Judge William D. Quarles
District of Maryland