03/28/2003  09:56    4107834130                    MB&S LAW                          PAGE  03/03
Mar.26 2003  :38PM   U. S ATTORNEY's OFFICE MARYLAND              No.8911  P. 3

FILED
'. DISTRICT COURT
RICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT 2003 APR -4  A 9 55
## FOR THE DISTRICT OF MARYLAND

NATIONWIDE INSURANCE CO.,
T/U/O AURELIANO VASQUEZ,                    :

    Plaintiff,                                        :

    v.                                           Civil Action No. WDQ-02-4191

THE UNITED STATES OF AMERICA,

    Defendant.

              :

...oOo...

## STIPULATION AND ORDER OF DISMISSAL AND TO AMEND CAPTION

Plaintiff, Nationwide Insurance Company, and Defendant United States of America, by their

undersigned counsel, hereby stipulate and agree as follows:

    1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that Defendant Alphonso Saunders be

dismissed with prejudice;

    2.    That the Clerk amend the docket to reflect Mr. Saunders's dismissal and to clarify that

the "United States of America" is the sole Defendant, as set forth in the above caption.

Respectfully Submitted,

_____                    _____
Joel L. Seledee, Esq.                        Thomas M. DiBiagio
Marsden, Botsaris and Seledee, P.A.          United States Attorney
One North Charles Street                     Neil R. White, Fed. Bar. No. 24273
Suite 2300                                   Assistant United States Attorney
Baltimore, Maryland 21201                    101 West Lombard Street, 6th Floor
                                             Baltimore, Maryland 21201-2692
*Counsel for Plaintiff*
                                             *Counsel for Defendant*
                                             *United States of America*

SO ORDERED,
this 3 day of April , 2003:

                                 _____/s/_____
                                 U.S. District Judge William D. Quarles
                                 District of Maryland