IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONWIDE INSURANCE CO., <br> T/U/O AURELIANO VASQUEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. WDQ-02-4191 |
| v. | : | |
| THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

…oOo…

## MOTION TO DISMISS

Defendant, the United States of America, through undersigned counsel, Thomas M. DiBiagio, United States Attorney for the District of Maryland and Neil R. White, Assistant United States Attorney for said district, respectfully moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's Complaint in its entirety. In support whereof, Defendant states:

1.  This Court lacks subject matter jurisdiction over Plaintiff's claims against the United States under the Federal Tort Claims Act ("FTCA") because, at the time the action was commenced, Plaintiff's administrative claim was still pending with the agency on Plaintiff's request for reconsideration. 28 U.S.C. § 2675(a); 28 C.F.R. § 14.9(b).

2.  The grounds supporting this Motion are set forth in greater detail in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiff's Complaint with prejudice.

        Respectfully submitted,

        Thomas M. DiBiagio
        United States Attorney


        _____/s/_____
        Neil R. White
        Federal Bar No. 24273
        Assistant United States Attorney
        6625 United States Courthouse
        101 West Lombard Street
        Baltimore, Maryland 21201-2692
        (410) 209-4830
        (410) 962-2310 (fax)

        Counsel for Defendant

OF COUNSEL:
Elizabeth Jordan Gianturco
Chief, Claims and Employment Law Branch
Office of the General Counsel
Department of Health & Human Services
330 Independence Avenue, S.W.
Room 4760 Wilbur J. Cohen Federal Building
Washington, D.C.  20201