

DEPARTMENT OF HEALTH & HUMAN SERVICES

Program Support Center
Division of Acquisition Management, AOS

Claims Branch
Room 5C-10, Parklawn Building
5600 Fishers Lane
Rockville, Maryland 20857

March 20, 2002

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Nationwide General Insurance Company
Attn: Sharon Nowell
7125 Columbia Gateway Drive
Suite 350
Columbia, Maryland 31046-9854

    **Re: Aureliano Vasquez - Claim No. 01-0317**
        Your Claim No. - 89 19 277516 02152000 01

Dear Ms. Nowell:

Your claim, filed under the *Federal Tort Claims Act*, for reimbursement of property damage as the result of a vehicle accident which occurred on February 15, 2000 and involved a National Institutes of Health employee, has been disallowed.

Several attempts have been made by this office to obtain substantiating evidence from you regarding your insured's claim. To date, no such evidence has been provided. Therefore, your claim has been considered abandoned with this office.

If you are dissatisfied with this decision, you may file a written request for reconsideration of this disallowance. Such a request must be made within **six months** of this notice and should be submitted to this office with the evidence requested in our previous correspondence dated August 28, 2001.

                        Yours truly,

                        Arthur Simon
                        Claims Officer