## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONWIDE INSURANCE CO., <br> T/U/O AURELIANO VASQUEZ, | : <br> : |
| Plaintiff, | : |
| v. | :     Civil Action No. WDQ-02-4191 <br> : |
| THE UNITED STATES OF AMERICA, | : |
| Defendant. | : <br> : |

…oOo…

## ORDER GRANTING MOTION TO DISMISS

HAVING READ AND CONSIDERED Defendant's Motion to Dismiss and supporting papers, any opposition thereto by Plaintiff, and the record in this case, it is, this ___ day of _____, 2003, hereby ORDERED that:

1. Defendant's Motion be, and the same hereby is, GRANTED;

2. The action in its entirety shall be, and the same hereby is, DISMISSED; and

3. The clerk will transmit copies of this Order to counsel of record and CLOSE this case.

_____
William D. Quarles
United States District Judge