IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONWIDE INSURANCE CO.          *
t/u/o AURELIANO VASQUEZ
                                  *
        Plaintiff,
                                  *    Civil No.: WDQ-02-4191
V.
                                  *

THE UNITED STATES OF AMERICA      *

        Defendant.                *

*   *   *   *   *   *   *   *   *   *   *   *

## ~~PROPOSED~~ ORDER

Based upon the Consent Motion for Extension of Time, it is this 24th day of April, 2003 by the United States District Court for the District of Maryland hereby;

**ORDERED**, that Plaintiff's Consent Motion for Extension of time is hereby **GRANTED** and it is further;

**ORDERED**, that Plaintiff shall have until May 6, 2003 to respond to Defendant United States' Motion to Dismiss.

_____
Judge

Copies to:

Joel D. Seledee, Esquire
1 N. Charles Street – Suite 2300
Baltimore, MD 21201

Neil R. White, Esquire
Department of Justice - Office of the United States Attorney
6625 United States Courthouse
101 W. Lombard Street, 6th Floor
Baltimore, MD 21201.