IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONWIDE INSURANCE COMPANY
T/U/O AURELIANO VASQUEZ        *

    Plaintiff                      *

V                              *   CASE NO: WDQ-02-4191

THE UNITED STATES OF AMERICA   *

    Defendant                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of the above captioned case without prejudice.

| /s/ | /s/ |
|---|---|
| Joel D. Seledee #08070 | Thomas M. DiBiagio |
| Marsden, Botsaris & Seledee, P.A. | United States Attorney |
| 1 N. Charles Street, Suite 2300 | Neil R. White, Federal Bar No. 24273 |
| Baltimore, MD 21201 | Assistant United States Attorney |
| (410) 783-2700 | 6625 United States Courthouse |
| Attorney for Plaintiff | 101 West Lombard Street |
|  | Baltimore, MD 21201-2692 |
|  | (410) 209-4830 |
|  | (410 962-2310 (fax) |
|  | Counsel for Defendant |

IT IS, THIS ___ DAY OF _____, 2003, ORDERED, that the Complaint is hereby DISMISSED, WITHOUT PREJUDICE:

_____
United States District Judge William D. Quarles