FILED

2003 MAY -6 P 5:07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONWIDE INSURANCE COMPANY
T/U/O AURELIANO VASQUEZ

    Plaintiff

V     *     CASE NO: WDQ-02-4191

THE UNITED STATES OF AMERICA     *

    Defendant

* * * * * * * * * * * *

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of the above captioned case without prejudice.

| | |
|---|---|
| /s/ | /s/ |
| Joel D. Seledee #08070 | Thomas M. DiBiagio |
| Marsden, Botsaris & Seledee, P.A. | United States Attorney |
| 1 N. Charles Street, Suite 2300 | Neil R. White, Federal Bar No. 24273 |
| Baltimore, MD 21201 | Assistant United States Attorney |
| (410) 783-2700 | 6625 United States Courthouse |
| Attorney for Plaintiff | 101 West Lombard Street |
| | Baltimore, MD 21201-2692 |
| | (410) 209-4830 |
| | (410) 962-2310 (fax) |
| | Counsel for Defendant |

IT IS, THIS 6th DAY OF May, 2003, ORDERED, that the Complaint is hereby DISMISSED, WITHOUT PREJUDICE:

United States District Judge William D. Quarles